UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 02-82 & 02-83 |
| v. | ) | |
| RANDY SCOTT MITCHELL | ) | PARTIAL SATISFACTION OF JUDGMENT |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Partial Satisfaction is hereby acknowledged of that certain judgment for a crime victim fund assessment and restitution, entered on June 3, 2006, in favor of the United States of America, against the above-named defendant. The clerk is hereby authorized and directed to enter partial satisfaction of record in this action.

Respectfully Submitted,

Matthew G. Whitaker
United States Attorney

By: /s/ Gary L. Hayward
Gary L. Hayward
Assistant United States Attorney
U.S. Courthouse Annex
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9358
Fax: (515) 473-9282
Email: Gary.Hayward@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system and that a true copy of the United States' Satisfaction of Judgment was served either electronically or by U.S. First Class Mail upon the following on May 7, 2008

Randy Scott Mitchell

*/s/ Gary L. Hayward*
Gary L. Hayward
Assistant U.S. Attorney